IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPUTY IVAN CASTELLANOS,<br><br>        Defendant. | 4:20CV3066<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 8) is granted, and Plaintiff shall have until December 1, 2020, to file a single Amended Complaint for consolidated cases 4:20CV3066, 4:20CV3067, and 4:20CV3068.

    Dated this 28th day of August, 2020.

                                            BY THE COURT:

                                            *Richard G. Kopf*

                                            Richard G. Kopf
                                            Senior United States District Judge