IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>    Defendants. | 4:20CV3066<br><br>**ORDER** |

  IT IS ORDERED that Plaintiff's Objection to Motion for Extension of Time to File a Responsive Pleading (Filing 25) is denied.

  Dated this 27th day of April, 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge