IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.<br><br>Defendants. | 4:20CV3066<br><br>**ORDER** |

IT IS ORDERED that:

1. Jennifer Huxoll's motion to withdraw as counsel of record for Defendant Nebraska State Trooper Carlos Trevino (Filing 45) is granted.
2. Justin J. Hall's motion for substitution of counsel (Filing 46) is granted, and he is substituted as counsel of record for Nebraska State Trooper Carlos Trevino in place of Jennifer Huxoll.

Dated this 19th day of August 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge