IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>              Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>              Defendants. | 4:20CV3066<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Plaintiff's motion for subpoenas (Filing 82). The subpoenas cannot issue at this time because Plaintiff has not given Defendants the advance notice required by NECivR 45.1(a). However, because the subpoenas attached to the motion contain the necessary information, and in order to facilitate the progression of this case, the court will direct Defendants to serve Plaintiff with any written objections to the subpoenas within 7 days from today's date and to file a certificate of service with the court. If a certificate of service is filed, the summons will not issue until after the objections are resolved as provided in NECivR 45.1(b).

      IT IS THEREFORE ORDERED that Defendants shall have until January 14, 2022, to serve Plaintiff with any written objections to the issuance of subpoenas to nonparties, as requested by Plaintiff in Filing 82, and to file a certificate of service with the court. The court will defer ruling on Plaintiff's motion accordingly.

      Dated this 7th day of January 2022.

                                            BY THE COURT:

                                            *Richard G. Kopf*

                                            Richard G. Kopf
                                            Senior United States District Judge