IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>           Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>           Defendants. | 4:20CV3066<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 111) is granted. Plaintiff shall have until April 22, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

2. The Final Pretrial Conference scheduled for June 2, 2022, at 10:00 a.m. before Magistrate Judge Cheryl R. Zwart is cancelled, and no Proposed Order on Final Pretrial Conference need be drafted or submitted by defense counsel in advance of that date. (See Filing 72.) The Final Pretrial Conference will be rescheduled as needed.

Dated this 15th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge