IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>　　　　　　Defendants. | 4:20CV3066<br><br>**ORDER** |

　　IT IS ORDERED that Plaintiff's motion for extension of time (Filing 117) is granted. Plaintiff shall have until May 27, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

　　Dated this 15th day of April, 2022.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge