IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>    Defendants. | 4:20CV3066<br><br>**ORDER** |

 IT IS ORDERED that Plaintiff's motion for extension of time (Filing 119) is granted. Plaintiff shall have until June 10, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

 Dated this 25th day of May, 2022.

            BY THE COURT:

            *Richard G. Kopf*

            Richard G. Kopf
            Senior United States District Judge