IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>        Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>        Defendants. | 4:20CV3066<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 121) is granted. Plaintiff shall have until July 8, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

    Dated this 8th day of June, 2022.

                                              BY THE COURT:

                                              *Richard G. Kopf*

                                              Richard G. Kopf
                                              Senior United States District Judge