IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>        Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>        Defendants. | 4:20CV3066<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 123) is granted. Plaintiff shall have until July 22, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

    Dated this 5th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge