IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IVAN CASTELLANOS, et al.,<br><br>　　　　　Defendants. | 4:20CV3066<br><br>**ORDER** |

　　IT IS ORDERED that Plaintiff's motion for extension of time (Filing 125) is granted. Plaintiff shall have until August 12, 2022, to respond to Defendants' motions for summary judgment (Filings 101, 104, and 107).

　　Dated this 21st day of July 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge